UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

FILED
JUL 18 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

------------------------------------X
IN RE:   Request from Switzerland         )
         Pursuant to the Treaty           )   2:08-MC-0090 LKK EFB
         Between the United States of     )
         America and the Swiss            )   No.
         Confederation on Mutual          )
         Assistance in Criminal Matters   )
         in the Matter of Reto Stössel    )
------------------------------------X

APPLICATION FOR ORDER PURSUANT TO THE TREATY
ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS AND
<u>TITLE 28, UNITED STATES CODE, SECTION 1782</u>

The United States petitions this Court for an Order, pursuant to Articles 9 and 10(1) of the <u>Treaty between the United States of America and the Swiss Confederation on Mutual Assistance in Criminal Matters</u> (27 U.S.T. 2019), 28 U.S.C. §1782, and its own inherent authority, appointing Camil A. Skipper, Assistant U.S. Attorney for the Eastern District of California, as Commissioner to collect evidence from witnesses and to take such other action as is required to execute the attached request from Switzerland made pursuant to the Treaty.

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

By: _____
    CAMIL A. SKIPPER
    Assistant U.S. Attorney

(Revised 4/28/94)                    6